# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| LEONARD LANIER,<br>    Plaintiff, | Case No. 1:20-cv-770 |
| | Barrett, J. |
| vs | Bowman, M.J. |
| GARY LAWSON, et al.,<br>    Defendants. | **REPORT AND<br>RECOMMENDATION** |

On October 15, 2020, the undersigned issued a Report and Recommendation, recommending that plaintiff's complaint be dismissed for failure to state a claim upon which relief may be granted.  (Doc. 5).  Plaintiff failed to file objections and the Court issued an Order and Judgment adopting the Report and Recommendation on November 5, 2020.  (Doc. 6, 7).

On the same day, plaintiff filed a motion for leave to file an amended complaint.  (Doc. 8).  Plaintiff does not include the proposed amended complaint with his motion, but indicates that he wishes to submit documentation in support of his claims, as well as allege different facts and add a claim of harassment against defendant Lawson.

It is recommended that plaintiff's motion be denied.  As an initial matter, plaintiff does not explain his failure to amend his complaint within the fourteen days he had to file objections to the Report and Recommendation or prior to this Court's Order and Judgment dismissing his complaint.  In any event, as noted above, plaintiff's motion does not contain a copy of the proposed amended complaint or inform the Court, other than in conclusory terms, regarding how plaintiff seeks to amend his complaint.  *See* Fed. R. Civ. P. 7(b).  *Cf. Williams v. Zumbiel Box & Packaging Co.*, No. 04-CV-675, 2005 WL 8161971, at *1 (S.D. Ohio Feb. 3, 2005) ("To meet the particularity requirements of Rule 7(b), 'a complete copy of the proposed amended complaint

must accompany the motion [for leave to amend] so that both the Court and opposing parties can understand the exact changes sought.'") (quoting *Smith v. Planas,* 151 F.R.D. 547, 550 (S.D.N.Y. 1993)).  The motion to amend otherwise fails to cure the deficiencies identified in the October 15, 2020 Report and Recommendation.

    Accordingly, it is **RECOMMENDED** that plaintiff's motion (Doc. 18) be **DENIED.**

    **IT IS SO RECOMMENDED.**


    *s/Stephanie K. Bowman*
    Stephanie K. Bowman
    United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LEONARD LANIER,
    Plaintiff,

vs

GARY LAWSON, et al.,
    Defendants.

Case No. 1:20-cv-770

Barrett, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).