# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Leonard Lanier,

    Plaintiff,

        v.                               Case No.   1:20cv770

Gary Lawson, *et al.*,                     Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 16, 2020 (Doc. 9).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 9) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 9) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, plaintiff's Motion for Leave to File an Amended Complaint (Doc. 8) is **DENIED**.

**IT IS SO ORDERED.**

                              *s/Michael R. Barrett*
                              Michael R. Barrett, Judge
                              United States District Court